No. 919. WESTERN PUBLIC SERVICE CO. *v.* CITY OF MITCHELL. Jurisdictional statement submitted May 13, 1933. Decided May 22, 1933. *Per Curiam:* The motion to dismiss the appeal herein is granted and the appeal is dismissed for the want of a final judgment. *Grays Harbor Co.* v.

Coats-Fordney Co., 243 U.S. 251, 255, 256; Ornstein v. Chesapeake & Ohio Ry. Co., 284 U.S. 572; Meagher v. Minnesota Thresher Mfg. Co., 145 U.S. 608, 611; California National Bank v. Statler, 171 U.S. 447, 449; Cotton v. Hawaii, 211 U.S. 162, 170, 171; Bruce v. Tobin, 245 U.S. 18. Messrs. William Morrow, Thomas M. Morrow, Roscoe T. York, and J. G. Mothersead for appellant. Messrs. Floyd E. Wright and Fred A. Wright for appellee.